**Electronically Filed
Supreme Court
SCEC-10-0000008
26-OCT-2010
03:07 PM**

NO. SCEC-10-0000008

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KHISTINA CALDWELL DEJEAN, Plaintiff,

vs.

BERNICE MAU, Clerk of the City and County of Honolulu,
Defendant.

---

ORIGINAL PROCEEDING

ORDER STRIKING "NOTICE OF APPEAL"
(By: Duffy, J. for the court[1])

Khistina Caldwell DeJean, by "notice of appeal" filed on October 18, 2010, purports to appeal, to the Hawai'i Supreme Court, the October 4, 2010 Findings of Fact, Conclusions of Law, and Judgment on DeJean's election contest complaint. The October 4, 2010 judgment is not appealable. See HRS § 11-173.5 (2009). Therefore,

IT IS HEREBY ORDERED that the "Notice of Appeal" filed on October 18, 2010 is stricken.

DATED: Honolulu, Hawaii, October 26, 2010.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Kim, assigned by reason of vacancy.